FILED

MAY 26 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR: 15-00169-BLF |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| SERGIO FIERRO-CASTRO | ) |
| Defendant. | ) |

Leave is granted to the government to dismiss the ~~complaint~~ Information. The ~~complaint~~ Information is hereby ordered dismissed without prejudice.

Date: May 26, 2015

BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL (CR 15-00169-BLF)